# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00841-CV

**In re Cynthia Johnson**

### ORIGINAL PROCEEDING FROM BELL COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed a motion for emergency stay and petition for writ of mandamus. *See* Tex. R. App. P. 52.8, 52.10. Having reviewed the pleadings and the record provided, we deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Filed:   January 7, 2011